JS - 6

FILED
CLERK, U.S. DISTRICT COURT

10/21/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____JD_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MITCHELL YOHO,

              Petitioner,

    vs.

JACK FOX, WARDEN,

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 15-3195- ODW (KES)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed with prejudice.

DATED: October 19, 2015

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

1